UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00141-AC |
| Plaintiff, | ) ) | [~~Proposed~~] ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) ) | |
| FABIAN ARREOLA, | ) ) | DATE: May 11, 2021 TIME: 9:00 a.m. |
| Defendant. | ) ) | JUDGE: Hon. Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00141-AC is GRANTED.

It is further ordered that the initial appearance scheduled on May 11, 2021, is vacated.

IT IS SO ORDERED.

Dated: May 3, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE